UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00262-MOC-DSC

| | |  | |
|---|---|---|---|
| **DOUGLAS R. SMITH**<br>**MARY LUCZAK-SMITH,** | )<br>)<br>) | | |
| Plaintiffs, | )<br>) | | |
| Vs. | )<br>) | ORDER | |
| **AVERY CHAPMAN**<br>**CHAPMAN LEGAL GROUP,** | )<br>)<br>) | | |
| Defendants. | ) | | |

**THIS MATTER** is before the court on the "Unopposed Motion to Consolidate this Case with No. 3:14cv238" (#4). Such motion will be calendared for hearing along with the other matters set for hearing in 3:14cv238 on July 15, 2015.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the "Unopposed Motion to Consolidate this Case with No. 3:14cv238" (#4) is **CALENDARED** for oral arguments along with the matters previously set for hearing in 3:14cv238 on July 15, 2015, at 9:30 a.m.

Signed: June 30, 2015

Max O. Cogburn Jr
United States District Judge