UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00262-MOC-DSC

| | | |
|---|---|---|
| **DOUGLAS R. SMITH**<br>**MARY LUCZAK-SMITH,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| **AVERY CHAPMAN**<br>**CHAPMAN LEGAL GROUP,** | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendants' Motion to Enlarge Word Limitations on Motion and Memorandum. Unlike the companion action, which was originally before another judge who imposes a word limitation, the undersigned has no "word limitation," but simply follows the default briefing requirements contained in the Local Civil Rules. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Enlarge Word Limitations on Motion and Memorandum (#6) is DENIED as non-justiciable.

Signed: July 7, 2015

Max O. Cogburn Jr.
United States District Judge